TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
POONAM G. KUMAR (Cal. Bar No. 270802)
ROGER A. HSIEH (Cal. Bar No. 294195)
GREGORY D. BERNSTEIN (Cal. Bar No. 299204)
Assistant United States Attorneys
Major Fraud/General Crimes Sections
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0719/0600/3183
     Facsimile: (213) 894-6269
     E-mail:    poonam.kumar@usdoj.gov
                roger.hsieh@usdoj.gov
                gregory.bernstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 19-282-RGK |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S JOINT COMPENDIUM OF EXHIBITS; DECLARATION OF ROGER A. HSIEH</u> |
| v. | |
| ZHONGTIAN LIU,<br>   aka "Liu Zhongtian,"<br>   aka "Chairman,"<br>   aka "Uncle Liu,"<br>   aka "UL,"<br>   aka "Big Boss,"<br>CHINA ZHONGWANG HOLDINGS<br>   LIMITED,<br>   aka "ZW,"<br>   aka "Mother Ship,"<br>ZHAOHUA CHEN,<br>   aka "Chen Zhaohua,"<br>   aka "Uncle Chen,"<br>XIANG CHUN SHAO,<br>   aka "Johnson Shao,"<br>PERFECTUS ALUMINIUM INC.,<br>   aka "Perfectus Aluminum<br>   Inc.,"<br>PERFECTUS ALUMINUM<br>   ACQUISITIONS, LLC,<br>SCUDERIA DEVELOPMENT, LLC,<br>1001 DOUBLEDAY, LLC, | |

VON KARMAN – MAIN STREET, LLC,
   and
10681 PRODUCTION AVENUE, LLC,

   Defendants.

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Poonam G. Kumar, Roger A. Hsieh, and Gregory D. Bernstein, hereby files its Joint Compendium of Exhibits.  This Joint Compendium of Exhibits contains Trial Exhibits cited in the Government's Opposition to Defendants' Motion for Judgement of Acquittal and the Government's Opposition to Defendants' Motion for a New Trial.

Dated: September 21, 2021           Respectfully submitted,

                                    TRACY L. WILKISON
                                    Acting United States Attorney

                                    SCOTT M. GARRINGER
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                          /s/
                                    _____
                                    POONAM G. KUMAR
                                    ROGER A. HSIEH
                                    GREGORY D. BERNSTEIN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA

DECLARATION OF ROGER A. HSIEH

I, Roger A. Hsieh, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in United States v. Zhongtian Liu, et al., CR 19-282-RGK.

2. Concurrently manually filed is the Government's Joint Compendium of Exhibits. This Joint Compendium of Exhibits contains Trial Exhibits cited in the Government's Opposition to Defendants' Motion for Judgement of Acquittal and the Government's Opposition to Defendants' Motion for a New Trial.

3. I understand that the Trial Exhibits in the Joint Compendium are true and correct copies of the exhibits introduced and admitted at the August 2021 trial in United States v. Zhongtian Liu, et al., CR 19-282-RGK.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on September 21, 2021.

_____
ROGER A. HSIEH